(90 South. 926)

STEVENSON v. STATE. (8 Div. 308.) (Supreme Court of Alabama. June 23, 1921.) Certiorari to Court of Appeals. Mitchell & Hughston, of Florence, and Smith, Wilkinson

& Smith, of Birmingham, for petitioner. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. Petition of Tom Stevenson for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Tom Stevenson v. State of Alabama, 90 South. 140. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.